U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CH 10874

GOYKE HEALTH CENTER, P. C.,
individually and as the representative of a class
of similarly-situated persons,
vs.
METLIFE, INC. and METLIFE SECURITIES, INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

METLIFE, INC. and METLIFE SECURITIES, INC.

FILED: MAY 9, 2008
08CV 2705 NF
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

| NAME (Type or print) |
| --- |
| Brendan J. Healey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Brendan J. Healey |

| FIRM |
| --- |
| Mandell Menkes LLC |

| STREET ADDRESS |
| --- |
| 333 West Wacker Drive, Suite 300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6243091 | 312-251-1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐