UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOYKE HEALTH CENTER, P.C., Individually and as the representative of a class of similarly-situated persons, ) ) ) ) Plaintiff, ) ) v. ) ) METLIFE, INC. and METLIFE SECURITIES, INC., ) ) ) Defendants. ) | No. 08 CV 2705<br><br>Judge Castillo |

**JOINT MOTION TO REINSTATE FOR SOLE PURPOSE**
**OF FILING STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby respectfully request that this Court reinstate this case for the sole purpose of allowing the parties to file a Stipulation of Dismissal with Prejudice and deem the Stipulation filed upon granting of this motion. In support of their motion, the parties state as follows:

1. Defendants removed this case to federal court on May 9, 2008.

2. On May 13, 2008, this Court dismissed the case without prejudice.

3. The parties subsequently settled the case and wish to reinstate the case solely for the purpose of entering a Stipulation of Dismissal with Prejudice, which is attached as Exhibit A.

WHEREFORE, the parties respectfully request that this Court reinstate the case for the sole purpose of entering the attached Stipulation of Dismissal with Prejudice and that the Court deem the Stipulation filed upon granting of this motion.

Respectfully submitted,

| | |
|---|---|
| METLIFE, INC. and METLIFE SECURITIES, INC. | GOYKE HEALTH CENTER, P.C. |
| By   /s/ Steven P. Mandell<br>One of their attorneys | By   /s/ Peter S. Lubin<br>One of its attorneys |
| Steven P. Mandell<br>Brendan J. Healey<br>MANDELL MENKES LLC<br>333 W. Wacker Drive  Suite 300<br>Chicago, Illinois  60606 | Vincent L. DiTommasso<br>Peter S. Lubin<br>Janice L. Morrison<br>DiTommaso ♦ Lubin, PC<br>17W 220 22nd Street – Suite 200<br>Oakbrook Terrace, Illinois  60181<br><br>Phillip A. Bock<br>Bock & Hatch, LLC<br>134 North LaSalle Street, Ste. 1000<br>Chicago, Illinois  60602 |

DATED:  August 29, 2008

4

## CERTIFICATE OF SERVICE

      This is to certify that I have this date served a true and correct copy of the within and foregoing *Joint Motion to Reinstate for Sole Purpose of Filing Stipulation of Dismissal With Prejudice* by ECF to the following:

| | |
|---|---|
| Vincent L. DiTommasso | Phillip A. Bock |
| Peter S. Lubin | Bock & Hatch, LLC |
| Janice L. Morrison | 134 North LaSalle Street, Ste. 1000 |
| DiTommaso ♦ Lubin, PC | Chicago, Illinois  60602 |
| 17W 220 22nd Street – Suite 200 | |
| Oakbrook Terrace, Illinois  60181 | |

This 29th day of August, 2008.

                                          /s/ Steven P. Mandell
                                        Steven P. Mandell

#170419

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOYKE HEALTH CENTER, P.C., Individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> METLIFE, INC. and METLIFE SECURITIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) No. 08 CV 2705 ) ) Judge Castillo ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby Stipulated and Agreed, by and between the undersigned counsel for the parties, that the above captioned lawsuit, is dismissed with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

| METLIFE, INC. and METLIFE SECURITIES, INC. | GOYKE HEALTH CENTER, P.C. |
|---|---|
| By __/s/ Brendan J. Healey<br>One of their attorneys | By __/s/ Peter S. Lubin<br>One of its attorneys |
| Steven P. Mandell<br>Brendan J. Healey<br>MANDELL MENKES LLC<br>333 W. Wacker Drive  Suite 300<br>Chicago, Illinois  60606 | Vincent L. DiTommasso<br>Peter S. Lubin<br>Janice L. Morrison<br>DiTommaso ♦ Lubin, PC<br>17W 220 22nd Street – Suite 200<br>Oakbrook Terrace, Illinois  60181 |
| | Phillip A. Bock<br>Bock & Hatch, LLC<br>134 North LaSalle Street, Ste. 1000<br>Chicago, Illinois  60602 |

DATED: _____, 2008