UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOYKE HEALTH CENTER, P.C., Individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> METLIFE, INC. and METLIFE SECURITIES, INC., <br><br> Defendants. | No. 08 CV 2705 <br><br> Judge Castillo |

**NOTICE OF MOTION**

To:   Vincent L. DiTommasso         Phillip A. Bock
      Peter S. Lubin                Bock & Hatch, LLC
      Janice L. Morrison            134 North LaSalle Street, Ste. 1000
      DiTommaso ♦ Lubin, PC         Chicago, Illinois  60602
      17W 220 22nd Street – Suite 200
      Oakbrook Terrace, Illinois  60181

   **PLEASE TAKE NOTICE** that on **Wednesday, September 3, 2008** at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo in Room 2141 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Joint Motion to Reinstate for Sole Purpose of Filing Stipulation of Dismissal With Prejudice**, a copy of which is hereby served upon you.

| METLIFE, INC. and METLIFE SECURITIES, INC. | GOYKE HEALTH CENTER, P.C. |
|---|---|
| By   /s/ Steven P. Mandell <br> One of their attorneys <br> Steven P. Mandell <br> Brendan J. Healey <br> MANDELL MENKES LLC <br> 333 W. Wacker Drive  Suite 300 <br> Chicago, Illinois  60606 | By   /s/ Peter S. Lubin <br> One of its attorneys <br> Vincent L. DiTommasso <br> Peter S. Lubin <br> Janice L. Morrison <br> DiTommaso ♦ Lubin, PC <br> 17W 220 22nd Street – Suite 200 <br> Oakbrook Terrace, Illinois  60181 <br> Phillip A. Bock <br> Bock & Hatch, LLC <br> 134 North LaSalle Street, Ste. 1000 |

DATED:  August 29, 2008                    Chicago, Illinois  60602

2