UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Goyke Health Center, P.C.
                       Plaintiff,

v.                                      Case No.: 1:08−cv−02705
                                        Honorable Ruben Castillo

Metlife, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Joint motion to reinstate for sole purpose of filing stipulation of dismissal with prejudice [9] is granted. This case is hereby dismissed with prejudice pursuant to the Stipulation of Dismissal with Prejudice filed by the parties on 8/29/2008. Each party will bear its own costs, expenses and attorneys' fees. Motion hearing set for 9/3/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.